**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERTO HERNANDEZ-ARAIZA, | No. 06-74419 |
| Petitioner, | |
| v. | Agency No. A072-291-332 |
| ERIC H. HOLDER, Jr., Attorney General, | ORDER[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 13, 2013[**]
Pasadena, California

Before: REINHARDT, RAWLINSON, and N.R. SMITH, Circuit Judges.

In light of our opinion in *Young v. Holder*, 697 F.3d 976 (9th Cir. 2012) (en

banc), we remand this matter to the BIA to permit Hernandez-Araiza to provide

additional evidence supporting his contention that he was not convicted of a

controlled substances offense.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

A copy of this order, served on the agency, shall serve as the mandate of this court.

**REMANDED.**